IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY YOUNG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| THE CURRAN FROMHOLD | : | |
| CORRECTIONAL FACILITY, et al. | : | NO. 02-3332 |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2002, it appearing that on May 28, 2002, petitioner filed a petition in this court for habeas corpus relief pursuant to 28 U.S.C. §2241, and

it further appearing that at the time of his initial filing, petitioner applied for leave to proceed in forma pauperis in this civil action, and

it further appearing that on June 7, 2002, this court Ordered that petitioner's application for leave to proceed in forma pauperis was denied, and Ordered that petitioner must submit a five dollar filing fee to this court within thirty days, or else this action would be dismissed, and

it further appearing that petitioner has not responded to the court's Order of June 7, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
J. CURTIS JOYNER, J.